## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. PRIEBE & SONS, Inc.

No. 12477.

Circuit Court of Appeals, Eighth Circuit.

Dec. 14, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Earl Bartley, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

## NATIONAL LABOR RELATIONS BOARD v. TURVEY PACKING COMPANY.

No. 2677.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1943.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree, enforcing order of the Board was entered pursuant to stipulation of the parties.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WINDSOR COAL COMPANY.

No. 12465.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Ross E. Feaster, of Windsor, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

## C. M. NELSON et al., Appellants, v. UNITED STATES of America.

No. 12482.

Circuit Court of Appeals, Eighth Circuit.

Nov. 23, 1942.

John B. Barker, of Minneapolis, Minn., for appellants.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court, on motion of appellee.

## NEW MEXICO POTASH & CHEMICAL COMPANY v. H. I. GRIMES.

No. 2618.

Circuit Court of Appeals, Tenth Circuit.

Nov. 17, 1942.

Max J. Cohen and John A. McGuire, Jr., both of Lowell, Mass., for appellant.

Earl Pruet, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed, on court's motion, for failure to prosecute.